PER CURIAM.
Because the record presents genuine issues of material fact concerning the liability of both the Miami Heat Limited Partnership, e.g., McCain v. Florida Power Corp., 593 So.2d 500 (Fla.1992); Wakefield v. Winter Haven Management, Inc., 685 So.2d 1348 (Fla. 2d DCA 1996); Johnson v. Howard Mark Productions, Inc., 608 So.2d 937 (Fla. 2d DCA 1992); Holiday Inns, Inc. v. Shelburne, 576 So.2d 322 (Fla. 4th DCA), dismissed, 589 So.2d 291 (Fla.1991), and Ambassador Events Corporation, e.g., Wal-Mart Stores, Inc. v. McDonald, 676 So.2d 12 (Fla. 1st DCA 1996), approved sub nom. Merrill Crossings Assocs. v. McDonald, 705 So.2d 560 (Fla.1997); Regency Lake Apartments Assocs. v. French, 590 So.2d 970 (Fla. 1st DCA 1991); Bovis v. 7-Eleven, Inc., 505 So.2d 661 (Fla. 5th DCA 1987); Arias v. State Farm Fire & Cas. Co., 426 So.2d 1136 (Fla. 1st DCA 1983); see generally Garcia v. State, Dep’t of Natural Resources, 707 So.2d 1158 (Fla. 3d DCA 1998)[23 FLW D569], the *429 summary judgments in their favor are reversed for trial.